AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

UNITED STATES

V.

Daniel Aguilar, Roberto Solorio, Ricardo Estrada

## EXHIBIT AND WITNESS LIST

Case Number: 04-1732-CBS

| PRESIDING JUDGE Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY Peabody | DEFENDANT'S ATTORNEY Entine, Fried, Weinstein |
|---|---|---|
| TRIAL DATE (S) 5/24/04 | COURT REPORTER 2:36 p | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Witnesses |
|  |  | 5/24/04 |  |  | Agent Jean Drouin |
|  |  |  |  |  |  |
|  |  |  |  |  | Exhibits |
| 1 |  | 5/24/04 | X | X | Complaint and Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages