*filed in open court 5/24/04*

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Mass

## APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Ricardo Estrada

I certify that I am admitted to practice in this court.

Date  5/24/04

Signature

Print Name  Elliot M. Weinstein       520400
                                      Bar Number

Address  228 Lewis Wharf

City  Boston    State  MA    Zip Code  02110

Phone Number  617-367-9334    Fax Number  617.367.7358